# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.

United States of America,

    Plaintiff,

v.

Aide Spade,

    Defendant.

## Indictment

18 U.S.C. § 1001(a)(3)

The Grand Jury charges:

### Count 1:

On or about March 29, 2012, in the State and District of Colorado, in a matter within the jurisdiction of the Department of Labor, a department of the executive branch of the government of the United States, the defendant AIDE SPADE knowingly and willfully made and used a false document knowing the same to contain materially false, fictitious, and fraudulent statements and entries, in that she made false entries on the American Federation of Government Employees AFL-CIO Local Union 709's annual financial form (LM-3 Report), falsely underreporting union disbursements paid to her.   The foregoing is in violation of 18 U.S.C. § 1001(a)(3).

### Count 2:

On or about March 31, 2011, in the State and District of Colorado, in a matter within the jurisdiction of the Department of Labor, a department of the executive

branch of the government of the United States, the defendant AIDE SPADE knowingly and willfully made and used a false document knowing the same to contain materially false, fictitious, and fraudulent statements and entries, in that she made false entries on the American Federation of Government Employees AFL-CIO Local Union 709's annual financial form (LM-3 Report), falsely underreporting union disbursements paid to her.   The foregoing is in violation of 18 U.S.C. § 1001(a)(3).

### Count 3:

On or about June 28, 2010, in the State and District of Colorado, in a matter within within the jurisdiction of the Department of Labor, a department of the executive branch of the government of the United States, the defendant AIDE SPADE knowingly and willfully made and used a false document knowing the same to contain materially false, fictitious, and fraudulent statements and entries, in that she made false entries on the American Federation of Government Employees AFL-CIO Local Union 709's annual financial form (LM-3 Report), falsely underreporting union disbursements paid to her.   The foregoing is in violation of 18 U.S.C. § 1001(a)(3).

### Count 4:

On or about June 24, 2009, in the State and District of Colorado, in a matter within the jurisdiction of the Department of Labor, a department of the executive branch of the government of the United States, the defendant AIDE SPADE knowingly and willfully made and used a false document knowing the same to contain materially false, fictitious, and fraudulent statements and entries, in that she made false entries on the American Federation of Government Employees

AFL-CIO Local Union 709's annual financial form (LM-3 Report), falsely underreporting union disbursements paid to her.   The foregoing is in violation of 18 U.S.C. § 1001(a)(3).

                                                            A TRUE BILL

                                         <u>Ink signature on file in Clerk's Office</u>
                                         FOREPERSON

JOHN WALSH
United States Attorney


By: <u>*s/ Daniel E. Burrows*</u>
DANIEL E. BURROWS
Special Assistant U.S. Attorney
1225 17th St.
Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: daniel.burrows@usdoj.gov